# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Mentone Solutions LLC,**<br><br>　Plaintiff,<br><br>　v.<br><br>**NETGEAR, Inc.,**<br><br>　Defendant. | Case No. 1:18-cv-01714-MN<br><br>Patent Case |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 29, 2019

Respectfully submitted,

/s/ Timothy Devlin
Timothy Devlin
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE
(302) 449-9010
(302) 353-4251
tdevlin@devlinlawfirm.com

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Mentone Solutions LLC**

Dated: August 29, 2019         */s/ John W. Shaw*
John W. Shaw (No. 3362)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com

**Attorneys for Defendant NETGEAR, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 29, 2019, via the Court's CM/ECF system.

<pre>                              <u>*/s/ Timothy Devlin*</u>
                              Timothy Devlin</pre>

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE